UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRENDA LAMAR, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-0165-RLY-WTL |
| | ) | |
| GENERAL ELECTRIC CO., | ) | |
|     Defendant. | ) | |

## FINAL JUDGMENT

The court, having this day made its Entry granting Defendant's Motion for Summary Judgment, and having directed the entry of final judgment,

IT IS ADJUDGED AND DECREED that the Plaintiff take nothing by her complaint, and that judgment is entered for the Defendant and against the Plaintiff on said complaint.

The costs of this action are to be born by the party incurring them.

IT IS SO ORDERED this 28th day of July 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Grace H. Han
GE CONSUMER AND INDUSTRIAL
grace.han@ge.com

John H. Haskin
HASKIN LAUTER LARUE & GIBBONS
jhaskin@hlllaw.com

Bonnie L. Martin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
bonnie.martin@odnss.com

Mark Thomas Robbins
HASKIN LAUTER LARUE & GIBBONS
mrobbins@hlllaw.com

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kenneth.siepman@odnss.com